IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-30647
_____


LARONDA GEORGE,

                                            Plaintiff-Appellant,

                            versus

LIVINGSTON PARISH SCHOOL BOARD;
RICK WENTZEL; LOUIS SCHULTZ,

                                            Defendants-Appellees.

_____

Appeal from the United States District Court for
the Middle District of Louisiana
(U.S.D.C. No. 98-CV-466-B)
_____

September 8, 2000


Before REAVLEY, BENAVIDES and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Laronda George appeals from the qualified-immunity dismissal of her claims

against appellees Rick Wentzel and Louis Schultz.  We affirm because no

_____

    [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion
should not be published and is not precedent except under the limited circumstances
set forth in 5TH CIR. R. 47.5.4.

constitutional violation of George' rights under clearly established law was alleged. See <u>Guidry v. Broussard</u>, 897 F.2d 181 (5th Cir. 1990) (holding that the law was uncertain regarding the extent to which a school principal may censor religious speech in a valedictory address). Appellees were therefore entitled to qualified immunity.

**AFFIRMED.**